PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darnell Drake  Cr.: 18-00143-001
PACTS #: 4502733

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/07/2018

Original Offense:  18:922(G)(1) – Felon in Possession of a Firearm

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol and Drug Testing/Treatment, Life Skills Counseling, Forfeiture, Education/Training Requirements, Alcohol Restrictions

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/23/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1  **The defendant has violated the mandatory supervision condition which states 'You must not commit another federal, state, or local crime.'**

On December 8, 2019, Mr. Drake was arrested by Officers from the Essex County Sheriff's Department and charged with the following offenses: (1) Careless Driving, (2) Reckless Driving, (3) Operate Motor Vehicle Under the Influence, (4) Possession of Open/Unsealed Container of Alcohol Beverage in a Motor Vehicle.

On December 11, 2019, a home contact was conducted at Mr. Drake's residence. Mr. Drake denied that he was under the influence of alcohol. However, he admitted to using a small amount of alcohol at his friend's house, prior to being stopped by officers from the Essex County Sheriff's Department.

To date, the details of his arrest remain unknown. There is a scheduled court date for December 24, 2019, in Essex County Superior Court, before Judge Dion J. Williams.

**The defendant shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance.**

On December 8, 2019, the offender admitted to drinking a small amount of alcohol.

U.S. Probation Officer Action:

Mr. Drake was given a verbal warning for using alcohol. He will be subject to an increase in random drug and breathalyzer testing. For additional support, he was instructed to attend Alcoholics Anonymous (AA) meetings and keep a record of the meetings attended. The undersigned respectfully recommends a disposition of his pending case (guilty plea) before any further court action.

Respectfully submitted,
*Afonso A. Fernandes/nm*
By: Afonso A. Fernandes
U.S. Probation Officer
Date: 12/19/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/13/20
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

SUZANNE GOLDA-MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

ELISA MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

December 20, 2019

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Senior United States District Judge
Two Federal Square, Room 417
Newark, New Jersey 07101

RE: Darnell Drake
DKT NO: 18-00143-001  SRC

**REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Chesler:

The purpose of this correspondence is to notify the Court that the above referenced offender has been noncompliant with conditions of supervision, Specifically, he was arrested on December 8, 2019, and used alcohol. We have attached the Report on Offender Under Supervision (Probation Form 12A) for Your Honor's review and consideration. At this time, our office is recommending a disposition of his case (guilty plea) before any Court action is requested.

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (973) 223-0101.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes/nm*
By: Afonso A. Fernandes
U.S. Probation Officer

/aaf