# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DARNELL DRAKE<br>*Defendant* | Case No.  2:18-cr-00143-SRC-1 |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __12__ day of __March__, 2019,

ORDERED that _____LINDA FOSTER_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

EDWARD S. KIEL
United States Magistrate Judge